## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: REDIGER, PAULA A. | § Case No. 05-48759 |
| | § |
| | § |
| Debtor(s) | § |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 08/20/2010 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 North Ottawa Street
Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/23/2010        By: /s/BRADLEY J. WALLER
                                          Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**UST Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: REDIGER, PAULA A. | § | Case No. 05-48759 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 6,011.65 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 6,011.65 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                              *Proposed Payment*

                               N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | BRADLEY J. WALLER | $ 1,351.17 | $ 158.50 |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ 250.00 | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                  *Fees*               *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for*       _____ $_____ $_____
*Accountant for*     _____ $_____ $_____
*Appraiser for*      _____ $_____ $_____
*Other*              _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*
                          N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,314.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.1 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Asset Acceptance LLC - Providian | $ 2,789.38 | $ 726.99 |
| 2 | Discover Bank/Discover Financial Services | $ 7,105.01 | $ 1,851.77 |
| 3 | Rockford Health Systems/Rockford Clinic | $ 82.17 | $ 21.42 |
| 4 | Recovery Management Systems Corporation - JCPenney | $ 2,271.54 | $ 592.03 |
| 5 | LVNV Funding LLC., as assignee of Sears | $ 3,544.68 | $ 923.85 |
| 6 | Copley Cancer Center | $ 111.60 | $ 29.09 |
| 7 | Valley West Community Hospital | $ 409.90 | $ 106.83 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                             Allowed Amt. of Claim    Proposed Payment*
                          N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                             Allowed Amt. of Claim    Proposed Payment*
                          N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0752-1            User: cgreen              Page 1 of 1              Date Rcvd: Dec 27, 2005
Case: 05-48759                  Form ID: ntcftfc7         Total Served: 27


The following entities were served by first class mail on Dec 29, 2005.
db          +Paula A. Rediger,    703 N. Lew St.,    Plano, IL 60545-1235
aty         +John C Ruddy,    Ruddy, Milroy & King,    1700 N Farnsworth Ave   Suite 12,    Aurora, IL 60505-1186
tr          +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
10096122    +Andrew Bregman MD FACG,     302 Randall Road, Suite 104C,    Geneva, IL 60134-4209
10096123    +Baker, Miller, Markoff & Krasny, LLC,     29 N. Wacker Dr., 5th Floor,    Chicago, IL 60606-2840
10096124    +CACV Of Colorado LLC,    C/O Kenneth R. McEvoy,    628 Columbus Street, Suite 107,
              Ottawa, IL 61350-2906
10096125     Carson Pirie Scott,    P.O. Box 5953,    Carol Stream, IL 60197-5953
10096126     Chase Manhattan Bank,    C/O Asset Acceptance LLC,    P.O. Box 2036,    Warren, MI 48090-2036
10096128     Cingular Wireless-Chicago,    C/O Bureau Of Collection Recovery, Inc.,    P.O. Box 9001,
              Minnetonka, MN 55345-9001
10096129    +D.D. Dharkar, M.D.,    5219 N. Harlem,    Chicago, IL 60656-1803
10096130    +Delnor Community Hospital,    300 Randall Road,    Geneva, IL 60134-4202
10096131     Direct Merchants Bank,    Cardmember Services,    P.O. Box 21550,    Tulsa, OK 74121-1550
10096133    +ER Solutions, Inc.,    500 SW 7th St. #A100,    P.O. Box 9004,    Renton, WA 98057-9004
10096134    +Gastro Group Practice LTD,    P.O. Box 479,    Winfield, IL 60190-0479
10096135    +H&R Accounts, Inc.,    P.O. Box 672,    7017 John Deere Parkway,    Moline, IL 61265-8072
10096136    +JcPenny/GE Capital,    C/O Northland Group, Inc.,    P.O. Box 390857,    Edina, MN 55439-0857
10096138    +Pellettieri & Associates, Ltd.,     991 Oak Creek Dr.,    Lombard, IL 60148-6408
10096139     Quest Diagnostics Incorporated,     P.O. Box 64500,    Baltimore, MD 21264-4500
10096140    +Retail Recovery Service Of NJ, Inc.,    190 Moore Street, Suite 300,    Hackensack, NJ 07601-7428
10096141    +Rockford Health Systems/Rockford Clinic,    C/O Rockford Mercantile Agency, Inc.,
              2502 S. Alpine Rd.,    Rockford, IL 61108-7813
10096142    +Sears,    P.O. Box 182532,    Columbus, OH 43218-2532
10096143    +Valley West Community Hospital,    11 E. Pleasant Avenue,    Sandwich, IL 60548-1100

The following entities were served by electronic transmission on Dec 27, 2005 and receipt of the transmission
was confirmed on:
10096120     +EDI: RESURGENT.COM Dec 27 2005 20:48:00     Alegis Group LP,    15 S. Main St., Suite 600,
              Greenville, SC 29601-2768
10096121     +EDI: RMCB.COM Dec 27 2005 20:48:00      American Medical Collection Agency,
              2269 S. Saw Mill River Rd., Bldg 3,    Elmsford, NY 10523-3839
10096127      EDI: CHASE.COM Dec 27 2005 20:47:00     Chase Mastercard,    P.O. Box 52195,
              Phoenix, AZ 85072-2195
10096132     +EDI: DISCOVER.COM Dec 27 2005 20:47:00      Discover,    P.O. Box 30395,
              Salt Lake City, UT 84130-0395
10096137     +EDI: TSYS.COM Dec 27 2005 20:47:00      Menards/Conseco,    Retail Services,    P.O. Box 15521,
              New Castle, DE 19850-5521
10096142     +EDI: SEARS.COM Dec 27 2005 20:48:00      Sears,    P.O. Box 182532,    Columbus, OH 43218-2532
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 29, 2005                     Signature:    *Joseph Speetjens*